# PUBLIC INTEREST
## —— LEGAL FOUNDATION ——

*VIA EMAIL*                                                  October 5, 2020

Jocelyn Benson
Secretary of State
Richard H. Austin Building
430 W. Allegan, 4th Floor
Lansing, MI 48933
Secretary@michigan.gov

Jonathan Brater
Director of Elections
Richard H. Austin Building
430 W. Allegan, 4th Floor
Lansing, MI 48933
braterj@michigan.gov; election@michigan.gov, malermanm@michigan.gov

**Re:     Follow-up to Statutory Notice of Violation of National Voter
          Registration Act**

Dear Secretary Benson and Mr. Brater:

As you know, we wrote you on September 18, 2020 notifying you that the State of Michigan is not in  compliance with the requirements of Section 8 of the National Voter  Registration Act of 1993 ("NVRA") and requesting an immediate meeting. On September 29, 2020, your office responded requesting additional information.  Due to the importance of this issue and the imminence of the November election, we are enclosing a spreadsheet herein identifying the voter ID numbers of the registrants we identified. **Please inform us by October 8, 2020 of the actions you will take on this credible information and by when you will finalize those actions.**

**Potentially Deceased Registrants with an Active Registration.**

As we mentioned in our earlier letter, we identified potentially more than 34,000 deceased individuals with an active registration according to your September 2019 qualified voter file from your offices. We compared your qualified voter file with the Social Security Death Index (SSDI), a database made available via the U.S. Social Security Administration. The attached results are based on matching full names, full dates of birth, Social Security numbers, and credit address history information—which amounts to more than 27,000 records of concern. The remainder match other verifiable death record sources.

**Exhibit 6, Page 1 of 2**

**Potential Duplicate Registrations Showing Voting Credits**

As we mentioned in our earlier letter, we identified **7,140** potential duplicate registrations that were apparently assigned voting credits for the 2016 Election according to records from your office. For the 2018 General Election, **6,457** potential duplicate registrations were apparently assigned voting credits according to records from your office.

This was a conservative sampling effort that only accounted for perfectly matched addresses, full birth dates, and consecutive characters in name fields. Total figures of duplicate registrations in the state are likely higher, based on Foundation research elsewhere in the nation. All of these relied on the common denominator of exact match residential address identifiers in single-family residences or confirmed single units within multi-family buildings.

We request immediate action be taken to ensure ineligible registrants do not remain on your qualified voter file for the 2020 Election. Without sufficient remediation of this problem, Michigan is and will remain in violation of state and federal law.

Should you need to contact the Foundation regarding this matter, please contact me at lchurchwell@publicinterestlegal.org. Thank you for your service on this matter.

Sincerely,

Logan Churchwell
Communications & Research Director
Public Interest Legal Foundation
lchurchwell@publicinterestlegal.org

3