**From:**     Kaylan Phillips
**To:**       Shawna Powell; "McMillan, Sarah (MDOS)"
**Cc:**       Logan Churchwell
**Subject:**  RE: QVF Request
**Date:**     Monday, October 5, 2020 1:56:49 PM

---

Sarah,

I drove in from Indianapolis to pick up the QVF and the front desk does not have the flash drive for us. Can you assist?

Kaylan

Kaylan Phillips
Litigation Counsel
Public Interest Legal Foundation

-------- Original message --------
From: Shawna Powell < ▬▬▬▬▬▬▬▬▬▬▬
Date: 9/29/20 3:30 PM (GMT-05:00)
To: "'McMillan, Sarah (MDOS)'" < ▬▬▬▬▬▬▬
Cc: Logan Churchwell < ▬▬▬▬▬▬▬▬▬▬▬ >, Kaylan Phillips
▬▬▬▬▬▬▬▬▬▬▬
Subject: RE: QVF Request


Sarah,


Is there a way to pay online or over the phone?  If not then I will FedEx a check today for delivery tomorrow.  Will that ensure you receive it in time to process our request for pick up on Monday?


Lastly, just so we are clear I would be sending a colleague to pick up, not coming myself.  I'm assuming that would not be an issue.


Thank you so much for your assistance in this matter.


Sincerely,


Shawna

**From:** McMillan, Sarah (MDOS) <███████████████>
**Sent:** Tuesday, September 29, 2020 2:38 PM
**To:** Shawna Powell ███████████████
**Cc:** Logan Churchwell <███████████████████████████> ; Kaylan Phillips
███████████████

**Subject:** RE: QVF Request


Hi Shawna,


We are only in the office on Mondays but if you would like to pay for it and pick up the file on Monday we can certainly have it ready for you.


Thank you


*Sarah McMillan*

Departmental Analyst/FOIA Coordinator

Data Analytics & Support Section

Bureau of Elections



**From:** Shawna Powell <████████████████████████> 
**Sent:** Tuesday, September 29, 2020 2:33 PM
**To:** McMillan, Sarah (MDOS) ████████████████████████ >
**Cc:** Logan Churchwell ████████████████ ; Kaylan Phillips
███████████████

**Subject:** RE: QVF Request

---

**CAUTION: This is an External email. Please send suspicious emails to**
abuse@michigan.gov

---

Hi Sarah, thank you for your response.  I do have one question.  How quickly do you anticipate the data will be mailed out?  Since we had faxed the request originally on September 21st we would like to find a way to expedite if possible.  We could even pick the data up in person with check in hand if that would significantly speed up the processing. Please advise.

Sincerely,

Shawna Powell

**From:** McMillan, Sarah (MDOS) <                              >
**Sent:** Tuesday, September 29, 2020 1:52 PM
**To:** Shawna Powell <                          
**Cc:** Logan Churchwell <                                    ; Kaylan Phillips
<                              >
**Subject:** RE: QVF Request

Hello,

Below is a fee letter and attached is an invoice for you request. Please let me know if you have any questions.

September 29, 2020

Shawna Powell

# FREEDOM OF INFORMATION ACT NOTICE

Dear Ms. Powell:

The Michigan Department of State (Department) is in receipt of your recent request for documents dated September 21, 2020 submitted pursuant to the Michigan Freedom of Information Act (FOIA), 1976 PA 442, MCL 15.231 *et seq.*  A request sent electronically is considered received on the business day following its transmissions; here September 29, 2020.  MCL 15.235(1).   The Department has begun to process the request under FOIA and issues this preliminary notice in response to your request, a copy of which is attached and incorporated herein.

Your FOIA request for *QVF Entire State & Voting History*  is denied in part and granted in part as to existing, nonexempt public records that are determined to be responsive to your request.  Your request is denied to the extent that it seeks "[r]ecords or information specially described and exempted from disclosure by statute."  MCL 15.243(1)(d).  Under Michigan Election Law, the following is exempt from disclosure:

(a) The record that a person declined to register to vote.

(b) The office that received a registered voter's application.

(c) A registered voter's driver's license or state personal identification card number.

(d) The month and day of birth of a registered voter.

(e) The telephone number provided by a registered voter.

(f)  The digitized signature of an elector that is captured or reproduced and transmitted to the Qualified Voter File.

(g) The last four digits of a registered voter's social security number contained in a registration record.

MCL 168.509gg(1) – (2).  The Department is required to separate exempt from nonexempt material.  MCL 15.244(1).  Where a responsive record contains both exempt and nonexempt

**Exhibit 7, Page 4 of 7**

material, the Department will redact such material.

In order to process your request, please pay the total processing fee of $50.61.  FOIA authorizes the Department to charge for mailing costs, copying, searching, reviewing, deleting and separating exempt from nonexempt information (MCL 15.234).  The failure to charge a fee for the search, examination, review, and the deletion and separation of exempt from nonexempt information would result in unreasonably high costs to the Department in this particular instance because, your request requires Department employee(s) to be diverted from their regularly assigned duties in order to process your request.

Checks or money orders should be made payable to the STATE OF MICHIGAN and mailed to:

Michigan Bureau of Elections

PO Box 20126

Lansing, MI 48901-0726

As set forth under section 4(14) of the FOIA, MCL 15.234(14), the Department must receive the required deposit within 45 days after your receipt of this notice, which is November 13, 2020, otherwise the FOIA request will be considered abandoned and the Department will not be required to fulfill the request.

Regarding the partial denial of your request, under FOIA (MCL 15.240) you may do one of the following:

1.   Appeal this decision in writing to the Secretary of State's designated appeals officer at:

        Secretary of State Jocelyn Benson

        Attn: Michael J. Brady

        Legal Services Administration

        Michigan Department of State

**Exhibit 7, Page 5 of 7**

P.O. Box 30204

Lansing, Michigan 48918

The writing must specifically state the word "appeal" and must identify the reason or reasons you believe the denial should be reversed.  The Department must respond to your appeal within 10 business days of its receipt.  Under unusual circumstances, the time for a response may be extended by 10 business days.

2. File an action in the appropriate court within 180 days after the date of the final determination to deny the request.  If you prevail in such an action, the court is to award reasonable attorney fees, costs and disbursement, and possible damages.

The Department's FOIA Procedures and Guidelines can be accessed at www.michigan.gov/sos, under the "FOIA" tab at the bottom of the page.

Sincerely,

*Sarah McMillan*

FOIA Coordinator

Data Analytics & Support Section

Bureau of Elections

**From:** Shawna Powell ██████████████████████████
**Sent:** Tuesday, September 29, 2020 11:08 AM
**To:** McMillan, Sarah (MDOS) ████████████████
**Cc:** Logan Churchwell < ███████████████████████ ; Kaylan Phillips
████████████████████████████

**Subject:** QVF Request
**Importance:** High

**CAUTION: This is an External email. Please send suspicious emails to**
abuse@michigan.gov

Please see the attached QVF Request.  We originally faxed on 9/21/20 but was unable to confirm receipt with your office.

Please confirm receipt.

Thank you,

**Shawna Powell**

Secretary, Board of Directors

███████████████████████



New PILF Logo_resized

32 E. Washington Street, Suite 1675

Indianapolis, IN 46204

317-203-5599 ███████

www.PublicInterestLegal.org



**Exhibit 7, Page 7 of 7**