AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)/15

## SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

PUBLIC INTEREST LEGAL FOUNDATION

v.

JOCELYN BENSON, in her official capacity as Michigan Secretary of State

Case No. 1:21-cv-00929
Hon. Robert J. Jonker

TO: Jocelyn Benson
ADDRESS: Michigan Department of State
Legal Services Administration
P.O. Box 30204
Lansing, MI 48909

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Kaylan Phillips
Public Interest Legal Foundation
32 E. Washington Street, Ste. 1675
Indianapolis, IN 46204

CLERK OF COURT

By: Deputy Clerk            11/8/2021
                            Date

### PROOF OF SERVICE

This summons for __Jocelyn Benson__ (name of individual and title, if any) was received by me on __11-8-21__ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☒ I served the summons on __Adam Fracassi__ (name of individual), who is designated by law to accept service of process on behalf of __Jocely Benson Sec. of State of Michigan__ (name of organization) on __11-8-21 @ 3:50 pm__ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ __1.68__ for travel and $ __26__ for services, for a total of $ __27.68__.

I declare under the penalty of perjury that this information is true.
Date: __11-8-21__

Server's signature

Matthew B Jurkus    Court officer
Server's printed name and title

119 E Kalamazoo  Lansing  MI 48933
Server's address

Additional information regarding attempted service, etc.: