# EXHIBIT A

| | |
|---|---|
| **From:** | Malerman, Melissa (MDOS) |
| **Sent:** | Wednesday, September 30, 2020 11:52 AM |
| **To:** | lchurchwell@publicinterestlegal.org |
| **Cc:** | Brater, Jonathan (MDOS) |
| **Subject:** | MDOS Response to Your Recent Request |
| **Attachments:** | Response to PILF 092920.pdf |

Dear Mr. Churchwell,

Please see the attached response of the Michigan Department of State, Bureau of Elections to your recent request.

Sincerely,

Melissa Malerman, Director
Disclosure, Filings and Compliance Division
Bureau of Elections
Michigan Secretary of State



STATE OF MICHIGAN
JOCELYN BENSON, SECRETARY OF STATE
DEPARTMENT OF STATE
LANSING

September 29, 2020

Logan Churchwell, Director
Communications and Research Division
Public Interest Legal Foundation

*Via email:  lchurchwell@publicintrestlegal*

Dear Mr. Churchwell:

The Michigan Department of State, Bureau of Elections (BOE) acknowledges receipt of your letter dated September 18, 2020, which was received by this office on September 24, 2020, concerning your request "for an immediate meeting" to discuss your claims that Michigan's Qualified Voter File (QVF) includes, in your words, "potentially deceased registrants with an active registration [sic]" and "potential duplicate registrations showing voting credits."

In order to determine how best to proceed, BOE requests that you provide a written description of the matching criteria used by the Public Interest Legal Foundation (PILF) to substantiate these allegations as well as electronic lists of voters PILF has identified as "potentially deceased with an active registration" and "potential duplicate registrations showing voting credits." It is essential that PILF share its data and matching criteria with BOE, particularly in view of your acknowledgement that BOE is best positioned to "conclusively determine" whether these QVF records actually represent deceased individuals or duplicate registrations.

Kindly direct your explanation of PILF's matching criteria and electronic copies of the lists of allegedly deceased and duplicate registration records to the attention of Jonathan Brater, Director of Elections (braterj@michigan), with copies to the undersigned (malermanm@michigan) and elections@michigan.

Sincerely,

Melissa Malerman, Director
Disclosure, Filings and Compliance Division
Bureau of Elections
Michigan Department of State