# EXHIBIT B

| From: | Logan Churchwell <LChurchwell@publicInterestLegal.org> |
|---|---|
| Sent: | Monday, October 5, 2020 10:37 AM |
| To: | Malerman, Melissa (MDOS) |
| Cc: | Brater, Jonathan (MDOS); Secretary Jocelyn Benson; election@michigan.gov |
| Subject: | Re: MDOS Response to Your Recent Request |
| Attachments: | Copy of Michigan - Registrations for SOS to Review - Copy-FINAL.xlsx; Letter to MI SOS (October 5 2020).pdf |

---

**CAUTION: This is an External email. Please send suspicious emails to** abuse@michigan.gov

---

All: Good morning. Please review the new attachments regarding this matter.

---

**From:** Malerman, Melissa (MDOS) <malermanm@michigan.gov>
**Sent:** Wednesday, September 30, 2020 11:51 AM
**To:** Logan Churchwell
**Cc:** Brater, Jonathan (MDOS)
**Subject:** MDOS Response to Your Recent Request
Dear Mr. Churchwell,
Please see the attached response of the Michigan Department of State, Bureau of Elections to your recent request.
Sincerely,
Melissa Malerman, Director
Disclosure, Filings and Compliance Division
Bureau of Elections
Michigan Secretary of State