UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

PUBLIC INTEREST LEGAL
FOUNDATION,

    Plaintiff,

v.

JOCELYN BENSON,

    Defendant.

Hon. Jane M. Beckering

Case No. 1:21-cv-00929

**ORDER**

This matter is before the Court on Defendant's Motion to Compel (ECF No. 55) and Defendant's Motion for Protective Order (ECF No. 62). For the reasons stated on the record at the hearing held April 12, 2023, the Defendant's Motion to Compel (ECF No. 55) is granted in part, denied in part, and denied in part as moot. Additionally, Defendant's Motion for Protective Order (ECF No. 62) is granted without prejudice as discussed during the hearing.

IT IS SO ORDERED.

Dated: April 12, 2023

    /s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge