UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

PUBLIC INTEREST LEGAL
FOUNDATION,

    Plaintiff,

v.

JOCELYN BENSON,

    Defendant.

Hon. Jane M. Beckering

Case No. 1:21-cv-00929

**ORDER**

This matter is before the Court on Plaintiff Public Interest Legal Foundation's Motion to Compel (ECF No. 113). For the reasons stated on the record at the hearing held August 31, 2023, the motion (ECF No. 113) is granted in part and denied in part. Defendant shall produce the documents in response to Plaintiff's Request for Production No. 8 and 18 within 14 days of this Order with redaction of information protected by statute. The parties shall have until October 2, 2023, to file any dispositive motions.

    IT IS SO ORDERED.

Dated: August 31, 2023

    /s/ Sally J. Berens
    SALLY J. BERENS
    U.S. Magistrate Judge