UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PUBLIC INTEREST LEGAL FOUNDATION,

    Plaintiff,

v.

JOCELYN BENSON,

    Defendant.

_____/

Case No. 1:21-cv-929

HON. JANE M. BECKERING

## JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendant and against Plaintiff.

Dated: March 1, 2024

   /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge