## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION, <br><br> *Plaintiff,* <br> v. <br><br> JOCELYN BENSON, in her official capacity as Michigan Secretary of State, <br><br> *Defendant.* | Civ. No. 1:21-cv-929 |

### PLAINTIFF PUBLIC INTEREST LEGAL FOUNDATION'S NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3, notice is hereby given that Plaintiff Public Interest Legal Foundation ("Foundation") appeal to the United States Court of Appeals for the Sixth Circuit from the order and judgment of the United States District Court for the Western District of Michigan entered on March 1, 2024 (ECF Nos. 180 and 181, Page.ID 3636-3667) denying Plaintiff's motion for summary judgment and granting Defendant's motion for summary judgment.

Plaintiff also hereby appeals to the United States Court of Appeals for the Sixth Circuit from the order entered on April 12, 2023, granting Defendant's motion for protective order (ECF No. 74, Page.ID 806), the order entered on June 14, 2023, granting non-party Electronic Registration Information Center, Inc's motion to quash subpoena and for protective order (ECF No. 102, Page.ID 1940), order entered October 10, 2023, denying Plaintiff's motion to take deposition from Stuart Talsma (ECF No. 162, Page.ID 3296), and order entered on October 30, 2023, denying Plaintiff's appeal of the magistrate's order (ECF No. 165, Page.ID 3325-3334).

Dated: March 26, 2024

                                             Respectfully submitted,

                                             For the Plaintiff:

                                             */s/ Kaylan Phillips*
                                             Kaylan Phillips
                                             Noel Johnson
                                             Joseph M. Nixon
                                             J. Christian Adams
                                             Public Interest Legal Foundation
                                             107 S West St, Suite #700
                                             Alexandria, VA 22314
                                             Telephone: (703) 745-5870
                                             kphillips@publicinterestlegal.org
                                             njohnson@publicinterestlegal.org
                                             jnixon@publicinterestlegal.org
                                             adams@publicinterestlegal.org

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to each ECF participant.

Dated: March 26, 2024

_/s/ Kaylan Phillips_
Kaylan Phillips
_Counsel for Plaintiff_